UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| TAYLOR DARDEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-280 |
| | § | |
| KAREN PERCE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Taylor Darden, a pretrial inmate confined at the Shelby County Jail, proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983 against multiple defendants. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On February 2, 2026, the magistrate judge entered a Report and Recommendation in which he recommended dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (#7). To date, Plaintiff has not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate judge (#7) is **ADOPTED**. A Final Judgment will be entered in this case in accordance with the magistrate

judge's recommendations.

SIGNED at Beaumont, Texas, this 10th day of April, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE